IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JEREMY E. THOMAS,

     Appellant,

v.

     Case No.  5D22-790
     LT Case No. 2015-100232-CFDL

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed November 29, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Jeremy E. Thomas, Chipley, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, EISNAUGLE and WALLIS, JJ., concur.